[Civil No. 415.]

MARTIN ALLEN, Appellant, v. THE ARIZONA COPPER
COMPANY, a corporation, Appellee.

APPEAL from the District Court of the Second Judicial
District in and for the County of Graham. Owen T. Rouse,
Judge.

G. C. Israel, E. J. Edwards, Francis J. Heney, for Appellant.

Alexander Campbell, and M. J. Egan, for Appellee.

March 8, 1894. Dismissed.

---

[Criminal No. 96.]

In the Matter of the Application of D. M. LYNCH for a
Writ of Habeas Corpus, Appellant, v. THE UNITED
STATES OF AMERICA, Respondent.

APPEAL from the District Court of the Fourth Judicial
District in and for the County of Yavapai. John J. Hawkins,
Judge.

R. E. Sloan, and H. D. Ross, for Appellant.

E. E. Ellinwood, U. S. District Attorney, and J. C. Herndon, for Respondent.

July 11, 1894. Writ denied.